DAEWOO INTERNATIONAL (AMERICA) CORP.
v. LEO SCHAFFER.

ACWOO INTERNATIONAL STEEL CORPORATION
v. LEO SCHAFFER.

June 7, 1988.

Petition for certification denied.

JEREMY ZWEIG v. E.R. SQUIBB & SONS, INC.

June 7, 1988.

Petition for certification denied.   (See 222 *N.J.Super.* 306)

JAYNE L. GREGORY v. STEPHEN GREGORY.

June 7, 1988.

Petition for certification denied.

9W CONSTRUCTORS, INC. v. MAYOR & COUNCIL OF THE BOR-
OUGH OF ENGLEWOOD CLIFFS.

June 14, 1988.

Petition for certification denied.